## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

William Earl Chavez and Ruth Chevez,    Civil File No.: 07-1589(PAM/JSM)

                Plaintiffs,

vs.

Milwaukee Casualty Insurance Company,

                Defendant.

---

## ORDER FOR DISMISSAL

---

Upon the Stipulation for Dismissal with Prejudice filed in this matter, it is hereby ordered as follow:

**IT IS ORDERED** that any and all claims in this matter are hereby dismissed with prejudice, on the merits, and in their entirety, but without any award of costs or disbursements to any of the parties.

There being no just reason for delay, let judgment be entered accordingly.

Dated: February 11, 2008.        s/Paul A. Magnuson
                                                Paul A. Magnuson, Judge
                                                United States District Court